IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
JANICE C. CLARK, DPM,              *
                                   *
     Plaintiff,                    *
                                   *    CV 115-110
     v.                            *
                                   *
BOARD OF REGENTS OF THE            *
UNIVERSITY SYSTEM OF GEORGIA,      *
                                   *
     Defendant.                    *
```

## O R D E R

Presently before the Court is the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 58.) Accordingly, this matter shall be **DISMISSED WITH PREJUDICE**. The Clerk is instructed to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia this 1ST day of November, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA